

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

April 5, 2010

Clerk, United States District Court
Northern District of Florida
United States Courthouse
One North Palafox Street, 2nd Floor
Pensacola, FL 32502

Re: Transfer of Jurisdiction of Probation

    Your Case No. 3:00cr88-002/LAC

    Assigned Our Case No. 2:10-CR-00234-JFW

    Case Title: USA -v- Whitfield

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge Audrey B. Collins.

Please forward to this district court certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

                                      Sincerely,

                                      Clerk, U.S. District Court

                                      By /s/ J. Lam (Jenny_Phan@cacd.uscourts.gov)
                                           Deputy Clerk

cc: Probation Office, Los Angeles
     Probation Office, District of Origin

Rec'd 0408'10 UsDcFln 3PM 0200

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 3:00cr88-002/LAC |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) CR10-00234 JFW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Dameon Whitfield | Florida Northern | Pensacola |
| FILED CLERK, U.S. DISTRICT COURT MAR - 9 2010 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY | NAME OF SENTENCING JUDGE The Honorable Lacey A. Collier Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 05/05/08 | TO 05/04/13 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute More than 500 Grams of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_1 Dec 09_
Date

_[signature]_
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_[signature] Audrey B. Collins_

3/9/2010
Effective Date

Chief United States District Judge

I hereby attest and certify on 4/5/10 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_[signature]_
DEPUTY CLERK

1095

Filed 0408*10 UsDcFln 3PM 0200